**Order entered August 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00682-CV

**RUBEN MONREAL, Appellant**

**V.**

**BRUCE ALAN DOTSY D/B/A DOTSY TRUCKING SERVICE, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-02331-D**

## ORDER

On July 16, 2014, the Court received notice that appellant had requested the reporter's record for three hearings on motions in the above cause. On July 18, 2014, the court reporter filed a letter, informing the Court that to the best of her knowledge and research, there was no reporter's record taken by her or any other sitting court reporter for hearings on the dates given by appellant in his request. Because it appears there is no reporter's record to be produced in this appeal, we **ORDER** appellant's brief filed within thirty days of the date of this order. *See* TEX. R. APP. P. 38.6(a).

Appellant is cautioned that the failure to file a brief or a timely motion to extend time to file appellant's brief may result in this appeal being dismissed without further notice. *See* TEX. R. APP. P. 38.8(a).

/s/    ELIZABETH LANG-MIERS
        JUSTICE